# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 24, 2014

149014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                            SC: 149014
                                            COA: 312280
                                            Calhoun CC: 2011-003419-FC

MATTHEW ALLEN MILBOURN,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 18, 2014 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. Although the Court of Appeals erred in determining that the law enforcement officer's testimony regarding the complainant's prior consistent statement was properly admitted because it was not hearsay, the erroneous admission of this testimony does not warrant relief in this case because it did not affect the defendant's substantial rights, as required by *People v Carines*, 460 Mich 750, 774 (1999).



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 24, 2014



                                          Clerk

h1021